**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| IDEATIVE PRODUCT VENTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC. and WAL-MART STORES TEXAS, LLC, <br><br> Defendants. | Case No. 4:16-cv-00714-ALM <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC ("Walmart") hereby file this Notice to advise the Court and the parties of the following appearance of counsel of record for Walmart in this matter:

Shamita Etienne-Cummings
CA State Bar No.: 202090
(*admitted to the Eastern District of Texas*)
White & Case LLP
3000 El Camino Real
Five Palo Alto Square 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Email: setienne@whitecase.com

In connection with this Notice, the above-listed attorney requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served at the above address and contact information.

Dated: December 15, 2016             Respectfully submitted,

By: */s/ Shamita D. Etienne-Cummings*

Shamita D. Etienne-Cummings
CA State Bar No.: 202090
(*Admitted to practice in E.D. Texas*)
**WHITE & CASE LLP**
3000 El Camino Real
Five Palo Alto Square 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
email: setienne@whitecase.com

*Attorneys for Defendants*
*Wal-Mart Stores, Inc. and*
*Wal-Mart Stores Texas, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on December 15, 2016 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by First Class U.S. Mail on this same date.

                                                                          */s/ Shamita D. Etienne-Cummings*