**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |  |
|---|---|---|
| IDEATIVE PRODUCT VENTURES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:16-cv-00714-ALM |
| | ) | |
| WAL-MART STORES, INC. and WAL-MART STORES TEXAS, LLC, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING WAL-MART STORES, INC.'S AND WAL-MART STORES TEXAS, LLC'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Having considered Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") Unopposed Motion to Withdraw and Substitute Counsel:

IT IS HEREBY ORDERED that Walmart's requests that Wilmer Cutler Pickering Hale & Dorr LLP be allowed to withdraw as counsel of record for Walmart in the above-captioned case, that they be removed from the electronic service list in this case, and that Shamita D. Etienne-Cummings of the firm White & Case LLP be substituted as lead counsel for Walmart is HEREBY GRANTED.

IT IS SO ORDERED.
**SIGNED this 16th day of December, 2016.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE